## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELLIOTT-LEWIS CORPORATION**<br><br>　　　　　**Plaintiff**<br><br>　v.<br><br>**SKANSKA USA BUILDING, INC.**<br><br>　　　　　**Defendant** | **CIVIL ACTION**<br>**NO. 14-03865** |
| **SKANSKA USA BUILDING, INC.**<br><br>　　　　　**Third Party Plaintiff**<br><br>　v.<br><br>**SAYLORGREGG ARCHITECTS, URBAN ENGINEERS, INC., and MARVIN WAXMAN CONSULTING ENGINEERS, INC.**<br><br>　　　　　**Third Party Defendants** | |
| **SAYLORGREGG ARCHITECTS, URBAN ENGINEERS, INC., and MARVIN WAXMAN CONSULTING ENGINEERS, INC.**<br><br>　　　　　**Fourth Party Plaintiffs**<br><br>　v.<br><br>**BONLAND INDUSTRIES, INC., DELTA COOLING TOWERS, INC., SASS MOORE & ASSOCIATES, INC., PATTERSON PUMP COMPANY, CLAPP ASSOCIATES, INC, and COMPREHENSIVE TEST & BALANCING, INC.**<br><br>　　　　　**Fourth Party Defendants** | |

**ORDER**

**AND NOW**, this 27th day of July, 2015, upon consideration of the Motions to Dismiss filed by Fourth-party Defendants Patterson Pump Company and Clapp Associates (Doc. Nos. 67, 69), the Responses in Opposition (Doc. Nos. 80, 81), Replies (Doc. Nos. 84, 88)), and Sur-reply (Doc. No. 91), it is **ORDERED** that the Motions are **GRANTED**. The claims asserted against Fourth-party Defendants Patterson Pump Company and Clapp Associates are **DISMISSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.