IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELLIOTT-LEWIS CORPORATION**<br><br>      **Plaintiff**<br><br> v.<br><br>**SKANSKA USA BUILDING, INC.**<br><br>      **Defendant** | **CIVIL ACTION**<br>**NO. 14-03865** |
| **SKANSKA USA BUILDING, INC.**<br><br>      **Third Party Plaintiff**<br><br> v.<br><br>**SAYLORGREGG ARCHITECTS, URBAN ENGINEERS, INC., and MARVIN WAXMAN CONSULTING ENGINEERS, INC.**<br><br>      **Third Party Defendants** | |
| **SAYLORGREGG ARCHITECTS, URBAN ENGINEERS, INC., and MARVIN WAXMAN CONSULTING ENGINEERS, INC.**<br><br>      **Fourth Party Plaintiffs**<br><br> v.<br><br>**BONLAND INDUSTRIES, INC., DELTA COOLING TOWERS, INC., SASS MOORE & ASSOCIATES, INC., PATTERSON PUMP COMPANY, CLAPP ASSOCIATES, INC, and COMPREHENSIVE TEST & BALANCING, INC.**<br><br>      **Fourth Party Defendants** | |

1

## **ORDER**

**AND NOW**, this 4th day of May, 2016, upon consideration of the Motion for Judgment on the Pleadings filed by Fourth-Party Defendant Comprehensive Test & Balancing, Inc. ("CTB") (ECF No. 105), the Response in Opposition (ECF No. 106), and oral argument held on February 26, 2016 (ECF No. 110), it is **ORDERED** that the motion is **GRANTED**.  The claims asserted against Fourth-Party Defendant CTB are **DISMISSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.